UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JESSIE DOUTHIT,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner of the Social Security Administration,<br><br>                Defendant. | Case No. 1:10-cv-00291-CWD<br><br>**ORDER** |

Having reviewed the parties' Settlement and Stipulated Motion for Entry of Order Awarding Attorney's Fees Pursuant to EAJA, (Dkt. 20), and being otherwise fully advised in the premises, IT IS HEREBY ORDERED that the stipulation is APPROVED, and Plaintiff is awarded $5201.73 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS FURTHER ORDERED that Payment of this award shall be made payable to Plaintiff and mailed to Plaintiff's attorneys at The Law Office of Jay Barnes, 1079 E. Riverside Dr., Ste. 203, St. George, UT 84790. If the Commissioner confirms that

**ORDER - 1**

Plaintiff owes no debt to the government through the federal treasury offset program, the award may be made payable to Plaintiff's attorney.



DATED: November 7, 2011

Honorable Candy W. Dale
Chief United States Magistrate Judge